**LITTLER MENDELSON, P.C.**
Jonathan M. Carrillo (032272012)
jcarrillo@littler.com
Jessica Faustin (211822017)
jfaustin@littler.com
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
*Attorneys for Defendants*
*Montauk Transit Service Limited Liability Company and Montauk Transit, LLC*

| | |
|---|---|
| SAMIKA HOWARD,<br><br>Plaintiff,<br><br>vs.<br><br>MONTAUK TRANSIT SERVICE LIMITED LIABILITY COMPANY; MONTAUK TRANSIT, LLC; and JOHN DOES 1-5 AND 6-10<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: SOMERSET COUNTY<br><br>Docket No: SOM-L-000770-24<br><br>**NOTICE OF FILING**<br>**OF NOTICE OF REMOVAL** |

**TO:**   **Clerk, Civil Division**
**Superior Court of New Jersey**
**Somerset County Courthouse**
**20 North Bridge Street**
**Somerville, NJ 08876**

**SIR OR MADAM:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Montauk Transit Service Limited Liability Company and Montauk Transit, LLC ("Defendants"), have filed a Notice of Removal of the above-captioned action in the United States District Court for the District of New Jersey.

Attached hereto as **Exhibit A** is a copy of the Notice of Removal of this case. Upon filing of this Notice of Filing of Notice of Removal, Defendants shall give written notice thereof to Carly D. May, Esq., Costello, Mains & Silverman, LLC, 18000 Horizon Way, Suite 800, Mount Laurel, NJ 08054, attorneys for Plaintiff.

Pursuant to 28 U.S.C. §1446(d), the filing of the Notice of Removal in the United States District Court for the District of New Jersey, together with the filing of a copy of the Notice of Removal with this Court, effects the removal of this action, and this Court may proceed no further unless and until the action is remanded.

Dated: July 25, 2024

**LITTLER MENDELSON, P.C.**
*Attorneys for Defendants*
*Montauk Transit Service Limited Liability Company and Montauk Transit, LLC*

By:   */s/ Jonathan M. Carrillo*
          Jonathan M. Carrillo
          Jessica Faustin

# Exhibit A

# (to Notice of Filing of Notice of Removal