**LITTLER MENDELSON, P.C.**
Jonathan M. Carrillo (032272012)
jcarrillo@littler.com
Jessica Faustin (211822017)
jfaustin@littler.com
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
*Attorneys for Defendants*
*Montauk Transit Service Limited Liability Company*
*and Montauk Transit, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMIKA HOWARD,<br><br>    Plaintiff,<br><br>vs.<br><br>MONTAUK TRANSIT SERVICE LIMITED LIABILITY COMPANY; MONTAUK TRANSIT, LLC; and JOHN DOES 1-5 AND 6-10<br><br>    Defendants. | Civil Action No. 3:24-cv-8044<br><br>**CERTIFICATION OF SERVICE**<br><br>**Electronically Filed** |

  **JONATHAN M. CARRILLO**, of full age, hereby certifies as follows:

  1. I am an attorney-at-law with the law firm of Littler Mendelson, P.C., counsel for Montauk Transit Service Limited Liability Company and Montauk Transit, LLC ("Defendants"), in the above-captioned action. I am familiar with the facts set forth in this Certification.

  2. On July 25, 2024, I caused a true and correct copy of Defendants':

    (a) Notice of Removal (with exhibit);

    (b) Notice of Filing of Notice of Removal (with exhibit);

    (c) Application for Extension of Time to Answer, Move, or Otherwise Reply; Pursuant to Local Civil Rule 6.1(b);

   (d)  Rule 7.1 Corporate Disclosure Statements;

   (e)  Rule 7.1 Diversity Jurisdiction Disclosure Statement;

   (f)  Notice of Appearance for Jonathan M. Carrillo;

   (g)  Notice of Appearance for Jessica Faustin;

   (h)  Civil Cover Sheet; and

   (i)  this Certification of Service

to be served, via email, upon:

Carly D. May, Esq.<br>
Costello, Mains & Silverman, LLC<br>
18000 Horizon Way, Suite 800<br>
Mount Laurel, NJ<br>
Attorneys for Plaintiff

   3.  I certify under penalty of perjury that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

<i>/s/ Jonathan M. Carrillo</i><br>
Jonathan M. Carrillo

Dated: July 25, 2024